**EXHIBIT B**



**ServiceMaster By Cornerstone**
9575 Macon Rd.
Cordova, TN  38016
+19016249200
accounting@smcornerstone.com

| BILL TO | SHIP TO |
|---|---|
| Tony Corrente | Tony Corrente |
| 25-11644-WTR | 25-11644-WTR |
| 1 med center | 1 med center |
| Clarksburg, WV  26301 USA | Clarksburg, WV  26301 USA |

## INVOICE 2025-0897

**DATE** 09/30/2025    **TERMS** Net 10

**DUE DATE** 10/10/2025

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Water Mitigation | 1 | 325,526.93 | 325,526.93 |

3% Processing fee if paying by credit card.

| | |
|---|---|
| SUBTOTAL | 325,526.93 |
| TAX | 0.00 |
| TOTAL | 325,526.93 |
| **TOTAL DUE** | **$325,526.93** |



**ServiceMaster By Cornerstone**
9575 Macon Rd.
Cordova, TN  38016
+19016249200
accounting@smcornerstone.com

**BILL TO**
Tony Corrente
25-11652-STR
1 Med Center
Clarksburg, WV  26301 USA

**SHIP TO**
Tony Corrente
25-11652-STR
1 Med Center
Clarksburg, WV  26301 USA

## INVOICE 2025-0898

**DATE** 09/30/2025    **TERMS** Net 10

**DUE DATE** 10/10/2025

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
|  | Construction Services | 1 | 292,206.07 | 292,206.07 |

3% Processing fee if paying by credit card.

| | |
|---|---|
| SUBTOTAL | 292,206.07 |
| TAX | 0.00 |
| TOTAL | 292,206.07 |
| **TOTAL DUE** | **$292,206.07** |



**ServiceMaster By Cornerstone**
9575 Macon Rd.
Cordova, TN  38016
+19016249200
accounting@smcornerstone.com

**BILL TO**
Louis A Johnson VA Med Center
25-11692-WTR
1 Med Center
Clarksburg, WV  26301 USA

**SHIP TO**
Louis A Johnson VA Med Center
25-11692-WTR
1 Med Center
Clarksburg, WV  26301 USA

# INVOICE 2025-0922

**DATE** 10/13/2025     **TERMS** Net 10

**DUE DATE** 10/23/2025

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Water Mitigation | 1 | 104,476.59 | 104,476.59 |

3% Processing fee if paying by credit card.

| | |
|---|---|
| SUBTOTAL | 104,476.59 |
| TAX | 0.00 |
| TOTAL | 104,476.59 |
| TOTAL DUE | **$104,476.59** |



**ServiceMaster By Cornerstone**
9575 Macon Rd.
Cordova, TN  38016
+19016249200
accounting@smcornerstone.com

**BILL TO**
Louis A Johnson VA Med Center
25-11737-STR
1 Med Center
Clarksburg, WV  26301 USA

**SHIP TO**
Louis A Johnson VA Med Center
25-11737-STR
1 Med Center
Clarksburg, WV  26301 USA

## INVOICE 2025-0923

**DATE** 10/13/2025    **TERMS** Net 10

**DUE DATE** 10/23/2025

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Construction Services | 1 | 53,619.32 | 53,619.32 |

3% Processing fee if paying by credit card.

| | |
|---|---|
| SUBTOTAL | 53,619.32 |
| TAX | 0.00 |
| TOTAL | 53,619.32 |
| **TOTAL DUE** | **$53,619.32** |