**EXHIBIT C**

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

2000 FIRST HORIZON BUILDING
165 MADISON AVENUE
MEMPHIS, TENNESSEE 38103

PHONE:   901.526.2000
FAX:     901.577.2303

www.bakerdonelson.com

**BRYAN SCOTT**
**Direct Dial**: 336-358-6856
**E-Mail Address**: bscott@bakerdonelson.com

**LUKE P. CANTRELL**
**Direct Dial**: 901-577-8188
**E-Mail Address**: lcantrell@bakerdonelson.com

December 16, 2025

## VIA FEDEX OVERNIGHT AND E-MAIL

West Bend Insurance Company
1900 South 18th Ave.
West Bend, WI 53095
directconnect@wbmi.com

Panacea Construction Group, LLC
30 Pinion Court
Dubois, WY 82513
rick@panaceacg.com

Aduddell Industries & Roofing, LLC
532 NW Mercantile Place, Suite 106
Port Saint Lucie, FL 34986
tony@aduddell.com

Aduddell Residential and
Commercial Roofing Inc.
8409 Mantle Ave.
Oklahoma City, OK 73132
tony@aduddell.com

Department of Veterans Affairs
245 – Network Contract Office 5 (36C245)
Louis A Johnson VA Medical Center
1 Medical Center Drive
Clarksburg, WV 26301
Rebecca.Besten.540@va.gov
Rebecca.Besten@va.gov

Re:   Notice and Demand for Payment under Payment Bond No. 2298097 (the
"Payment Bond") dated May 15, 2024 and issued by West Bend Insurance
Company ("Surety") to Panacea Construction Group LLC ("Principal" or
"Panacea")
Roof Replacement – Louis A. Johnson VA Medical Center, 1 Med Center Dr.,
Clarksburg, WV 26301 (the "Project")
Contract No. 36C24524C0013

Dear Sir or Madam:

This firm represents Cornerstone Restoration Services d/b/a ServiceMaster by
Cornerstone ("Cornerstone") in connection with past due sums owed on the above-referenced
Project. This letter will serve as formal notice and demand for payment by against the above-

Notice of Payment Bond Claim
December 16, 2025
Page 2

referenced Payment Bond for unpaid labor and materials furnished to the above-referenced Project. A copy of the Payment Bond is attached for your convenience.

More specifically, Cornerstone supplied labor, materials, and equipment on a time and materials basis to mitigate, repair, and reconstruct roofs on the Project after water intrusion following a weather event. Cornerstone entered into a Commercial Service Agreement dated August 24, 2025 with Panacea, the Principal on the Payment Bond, and a Commercial Services Agreement dated September 5, 2025 Panacea's roofing subcontractor Aduddell Industries & Roofing, LLC and/or Aduddell Residential and Commercial Roofing Inc. (collectively, "Aduddell"). The two Commercial Services Agreements are hereinafter collectively referred to as the "Agreements". Cornerstone last performed work or supplied labor, equipment, or materials at the Project in connection with the Agreements on or about September 18, 2025, although Cornerstone thereafter continued to perform work on the Project as recently as October 1, 2025.

Cornerstone submitted invoices separate invoices dated September 30, 2025, in the amount of $325,526.93 for the water mitigation scope and $292,206.07 for the reconstruction scope of its work under the Agreements. Despite completion of the aforementioned work and submission of invoices, Aduddell and Panacea have failed and refused to pay the amounts due and owing to Cornerstone. Cornerstone here demands payment of the principal amount of $617,733.00, plus interest.

This claim is being submitted in accordance with the Payment Bond. If you require Cornerstone to complete a proof of claim form or submit any additional supporting documentation, we ask that you promptly provide a proof of claim form and list of required information or documents.

Please let me know if Cornerstone's claim will be paid voluntarily or if it will be necessary to take legal action to recover the sums owed. We ask that you acknowledge receipt of this notice as well.

In submitting this claim against the Payment Bond, Cornerstone does not waive and expressly reserves all rights available under the Agreements and applicable law, including the right to submit subsequent claims against the Payment Bond for other sums unpaid and owed on the Project.

Sincerely,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Luke P. Cantrell

Enclosure

Bond No: 2298097

| **PERFORMANCE BOND** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 05/15/2024 | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2025** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretarial Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) Panacea Construction Group LLC 30 Pinion Court Dubois, WY 82513 | TYPE OF ORGANIZATION ("X" one) |
|---|---|

TYPE OF ORGANIZATION ("X" one)

☐ INDIVIDUAL    ☐ PARTNERSHIP    ☐ JOINT VENTURE

☐ CORPORATION    ☒ OTHER (Specify) LLC

STATE OF INCORPORATION
WY

| SURETY(IES) (Name(s) and business address(es)) West Bend Insurance Company 1900 South 18th Ave. West Bend, WI 53095 | | PENAL SUM OF BOND | | | |
|---|---|---|---|---|---|
| | | MILLION(S) 7 | THOUSAND(S) 719 | HUNDRED(S) 953 | CENTS 00 |
| | | CONTRACT DATE 03/27/2023 | | CONTRACT NUMBER 36C24524C0013 Replace Roofs Main Building and Clinical Addition Project 540-07-103 | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal-

(a) (1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

(2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| Panacea Construction Group LLC | | **PRINCIPAL** | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. _(Seal)_ | 2. _(Seal)_ | 3. _(Seal)_ | Corporate Seal No SEAL |
| NAME(S) & TITLE(S) (Typed) | 1. KEITH PLASTER OWNER | 2. | 3. | |

| | **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|---|
| SIGNATURE(S) | 1. _(Seal)_ | 2. _(Seal)_ | |
| NAME(S) (Typed) | 1. | 2. | |

| | | **CORPORATE SURETY(IES)** | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | West Bend Insurance Company 1900 South 18th Ave., West Bend, WI 53095 | STATE OF INCORPORATION WI | LIABILITY LIMIT ($) $151,400,000 | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. Jennifer Lyons, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 25 (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

## CORPORATE SURETY(IES) *(Continued)*

| SURETY B | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY C | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY D | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY E | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY F | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY G | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | $15 | $ 115,799 |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25 (REV. 8/2016) **BACK**



Bond No. ___ **2298097** ___ ___

## POWER OF ATTORNEY

Know all men by these Presents, that West Bend Insurance Company (formerly known as West Bend Mutual Insurance Company prior to 1/1/2024), a corporation having its principal office in the City of West Bend, Wisconsin does make, constitute and appoint:

Lance Cross, Jennifer Lyons

lawful Attorney(s)-in-fact, to make, execute, seal and deliver for and on its behalf as surety and as its act and deed any and all bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of: Thirty Million Dollars ($30,000,000)

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of West Bend Insurance Company by unanimous consent resolution effective the 1st day of January 2024.

*Appointment of Attorney-In-Fact. The president or any vice president, or any other officer of West Bend Insurance Company may appoint by written certificate Attorneys-In-Fact to act on behalf of the company in the execution of and attesting of bonds and undertakings and other written obligatory instruments of like nature. The signature of any officer authorized hereby and the corporate seal may be affixed by facsimile to any such power of attorney or to any certificate relating therefore and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the company, and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the company in the future with respect to any bond or undertaking or other writing obligatory in nature to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any said officer at any time.*

Any reference to West Bend Mutual Insurance Company in any Bond and all continuations thereof shall be considered a reference to West Bend Insurance Company.

In witness whereof, West Bend Insurance Company has caused these presents to be signed by its president undersigned and its corporate seal to be hereto duly attested by its secretary this 1st day of January 2024.

Attest _____
**Christopher C. Zwygart**
Secretary

Robert J. Jacques
**Robert J. Jacques**
President

State of Wisconsin
County of Washington

On the 1st day of January 2024, before me personally came Robert Jacques, to me known being by duly sworn, did depose and say that he is the President of West Bend Insurance Company, the corporation described in and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that is was so affixed by order of the board of directors of said corporation and that he signed his name thereto by like order.

**Lead Corporate Attorney**
**Notary Public, Washington Co., WI**
**My Commission is Permanent**

The undersigned, duly elected to the office stated below, now the incumbent in West Bend Insurance Company, a Wisconsin corporation authorized to make this certificate, Do Hereby Certify that the foregoing attached Power of Attorney remains in full force effect and has not been revoked and that the Resolution of the Board of Directors, set forth in the Power of Attorney is now in force.

Signed and sealed at West Bend, Wisconsin this 15th day of May ___, 2024 ___.

**Christopher C. Zwygart**
Secretary

1900 S 18th Avenue  |  West Bend, WI 53095  |  Phone: (800) 236-5010  |  Fax: (877) 674-2663  |  www.thesilverlining.com

Bond No: 2298097

| **PAYMENT BOND**<br>(See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract)<br>05/15/2024 | **OMB Control Number: 9000-0045**<br>**Expiration Date: 8/31/2025** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer those questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address)<br>Panacea Construction Group LLC<br>30 Pinion Court<br>Dubois, WY 82513 | TYPE OF ORGANIZATION ("X" one) |
|---|---|

TYPE OF ORGANIZATION ("X" one)

[ ] INDIVIDUAL   [ ] PARTNERSHIP   [ ] JOINT VENTURE

[ ] CORPORATION   [x] OTHER (Specify) LLC

STATE OF INCORPORATION
WY

SURETY(IES) (Name(s) and business address(es))
West Bend Insurance Company 1900 South 18th Ave., West Bend, WI 53095

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 7 | 719 | 953 | 00 |

| CONTRACT DATE<br>03/27/2023 | CONTRACT NUMBER<br>36C24524C0013 Replace Roofs Main Building and Clinical Addition Project<br>540-07-103 |
|---|---|

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | Panacea Construction Group LLC | | **PRINCIPAL** | | |
|---|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. KEITH PLASTER OWNER | 2. | 3. | NO SEAL |

| | | **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | | |
| NAME(S) (Typed) | 1. | 2. | | |

| | | **CORPORATE SURETY(IES)** | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | West Bend Insurance Company<br>1900 South 18th Ave., West Bend, WI 53095 | STATE OF INCORPORATION<br>WI | LIABILITY LIMIT<br>$ 151,400,000 | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. Jennifer Lyons , Attorney-In-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 25A (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

| | | | STATE OF INCORPORATION | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

**CORPORATE SURETY(IES) (Continued)**

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2016) **BACK**



Bond No. ___2298097_____

## POWER OF ATTORNEY

Know all men by these Presents, that West Bend Insurance Company (formerly known as West Bend Mutual Insurance Company prior to 1/1/2024), a corporation having its principal office in the City of West Bend, Wisconsin does make, constitute and appoint:

Lance Cross, Jennifer Lyons

lawful Attorney(s)-in-fact, to make, execute, seal and deliver for and on its behalf as surety and as its act and deed any and all bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of: Thirty Million Dollars ($30,000,000)

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of West Bend Insurance Company by unanimous consent resolution effective the 1st day of January 2024.

*Appointment of Attorney-In-Fact. The president or any vice president, or any other officer of West Bend Insurance Company may appoint by written certificate Attorneys-In-Fact to act on behalf of the company in the execution of and attesting of bonds and undertakings and other written obligatory instruments of like nature. The signature of any officer authorized hereby and the corporate seal may be affixed by facsimile to any such power of attorney or to any certificate relating therefore and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the company, and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the company in the future with respect to any bond or undertaking or other writing obligatory in nature to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any said officer at any time.*

Any reference to West Bend Mutual Insurance Company in any Bond and all continuations thereof shall be considered a reference to West Bend Insurance Company.

In witness whereof, West Bend Insurance Company has caused these presents to be signed by its president undersigned and its corporate seal to be hereto duly attested by its secretary this 1st day of January 2024.

Attest _____
Christopher C. Zwygart
Secretary

_____
Robert J. Jacques
President

State of Wisconsin
County of Washington

On the 1st day of January 2024, before me personally came Robert Jacques, to me known being by duly sworn, did depose and say that he is the President of West Bend Insurance Company, the corporation described in and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that is was so affixed by order of the board of directors of said corporation and that he signed his name thereto by like order.

_____
Lead Corporate Attorney
Notary Public, Washington Co., WI
My Commission is Permanent

The undersigned, duly elected to the office stated below, now the incumbent in West Bend Insurance Company, a Wisconsin corporation authorized to make this certificate, Do Hereby Certify that the foregoing attached Power of Attorney remains in full force effect and has not been revoked and that the Resolution of the Board of Directors, set forth in the Power of Attorney is now in force.

Signed and sealed at West Bend, Wisconsin this 15th day of May _____, 2024_____.

_____
Christopher C. Zwygart
Secretary

1900 S 18th Avenue  |  West Bend, WI 53095  |  Phone: (800) 236-5010  |  Fax: (877) 674-2663  |  www.thesilverlining.com